STEVEN L. CRAWFORD #166488
Law Office of Steven L. Crawford
P.O. Box 553
Grover Beach, CA 93483
Tel: 805-458-6312
Email: slcrawfordlaw@gmail.com


Attorney for Defendant
         JACOB VALLES


**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  1:22CR00062 JLT |
|         Plaintiff, | ) |
|     vs. | ) **MOTION TO TERMINATE CJA APPOINTMENT OF STEVEN L. CRAWFORD AS ATTORNEY OF RECORD AND PROPOSED ORDER** |
| JACOB VALLES, | ) |
|         Defendant. | ) |
| | ) Judge: Honorable JENNIFER L. THURSTON |

　　On March 16, 2022, Defendant JACOB VALLES was indicted on federal charges. CJA panel attorney Steven L. Crawford was appointed to represent Mr. Valles on his criminal case. MR. Valles was sentenced on October 10, 2023 pursuant to a plea agreement.  The time for filing the direct appeal has elapsed and no direct appeal was filed. Mr. Valles was in custody at the time of the sentence. The trial phase of Mr. Valles' case has come to an end.

- 1

Having completed his representation of Mr. Valles, CJA counsel Steven L. Crawford now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Valles require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559)487-5561 (collect) or (855)656-4360 (toll free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

DATED: February 5, 2024

                                        Respectfully submitted,

                                           /S/ Steven L. Crawford
                                    STEVEN L. CRAWFORD, Attorney for
                                    JACOB VALLES

**PROPOSED ORDER**

Having reviewed the notice and found that attorney Steven L. Crawford has completed the services for which he was appointed, the Court hereby grants Attorney Crawford's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number is (559)487-5561 (collect) or (855)656-4360 (toll free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of the Court is directed to serve a copy of this order on the Defendant at the following address and to update the docket to reflect Defendant's pro se status and contact information:

Jacob Valles

#91028509

USP Lompoc

US Penitentiary

3901 Klein Blvd.

Lompoc, CA 93436

**IT IS SO ORDERED:**

Dated: February 5, 2024

Jennifer L. Thurston,

U.S. District Court Judge